IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RACHEL CARMICHEAL,           )<br>                              )<br>          Plaintiff,         )<br>                              )<br>     v.                       )<br>                              )<br>HY-VEE, INC.,                 )<br>                              )<br>          Defendant.          )<br>                              ) | 4:07CV3225<br><br><br>ORDER |

IT IS ORDERED:

Defendant's unopposed motion, filing 24, is granted and Defendant's Amended Answer and Affirmative Defenses shall be filed forthwith.

DATED this 5th day of February, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge