IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RACHEL CARMICHEAL, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CV3225 |
| | ) | |
| v. | ) | |
| | ) | |
| HY-VEE, Inc., | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff has filed a motion (filing 39) to extend the time for responding for the pending motion for summary judgment. Defendant objects to the extention and request that the pretrial conference and trial be rescheduled if the extension is granted. (Filing 40.) I will grant the motion for extension, cancel the pretrial conference, remove the case from the July 14, 2008 trial docket, and refer this matter to Magistrate Judge Piester for rescheduling of the pretrial conference and trial.

IT IS ORDERED:

1. The motion in filing 39 is granted, Plaintiff shall have until June 18, 2008 to respond to the pending motion for summary judgment, and Defendant shall have until June 25, 2008 to file a reply brief;

2. The pretrial conference presently scheduled for June 17, 2008 is cancelled;

3. This matter is removed from the July 14, 2008 trial docket;

4. This matter is referred to Magistrate Judge Piester for rescheduling of the pretrial conference and trial; and

5. The Clerk of the Court shall provide a copy of this order to Magistrate Judge Piester.

June 10, 2008.	BY THE COURT:

	*s/Richard G. Kopf*
	United States District Judge