IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RACHEL CARMICHEAL, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CV3225 |
| | ) | |
| v. | ) | |
| | ) | |
| HY-VEE, INC., | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to the order of United States District Judge Richard G. Kopf, filing 42,

IT IS ORDERED:

1. Jury trial is rescheduled to 9:00 a.m., **October 27, 2008** for a duration of four days before the Honorable Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.  Trial is subject to the prior disposition or continuance of any criminal matters which may be set for that week as well as Gray v. BNSF Railway Company, 4:07cv3249 and Healthplex v. Madonna, 4:06cv3284.  Jury selection will be held at commencement of trial.

2. The pretrial conference will be held **September 23, 2008 at 10:00 a.m.** before the undersigned magistrate judge.

3. The exhibit deadline is extended to **September 16, 2008.**

4. The deposition deadline is extended to **September 9, 2008.**

5. Motions in Limine:

   a. Motions in limine challenging the admissibility of expert testimony at trial under Federal R. Evid. 702, See, Kumho Tire Co., Ltd. v. Carmichael, 526 U.S. 137 (1999) and Daubert v. Merrell-Dow Pharmaceuticals., 509 U.S. 579 (1993), shall be filed by **September 9, 2008** and accompanied by a request for a hearing if necessary.  Failure to timely move for a hearing may constitute waiver of the request for a hearing.

      b.  Any other motions in limine shall be filed on or before **September 23, 2008.**

DATED June 11, 2008.

                BY THE COURT:

                s/ *David L. Piester*
                David L. Piester
                United States Magistrate Judge