**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| RACHEL CARMICHEAL, | ) | |
| | ) | 4:07CV3225 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| HY-VEE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Unopposed Motion for Extension of Time to File Reply Brief in Support of Defendant's Motion for Summary Judgment (filing 46).

**IT IS ORDERED:**

1.      The Unopposed Motion for Extension (filing 46) is granted.

2.      The Defendant shall have until July 2, 2008, to file its reply brief in support of Defendant's Motion for Summary Judgment.

3.      The case progression reflected in the Court's Order of June 11, 2008 (filing 43) shall remain in effect.


June 25, 2008.                          BY THE COURT

                                        *s/Richard G. Kopf*
                                        United States District Judge